```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

EMILY PENZO

                        Plaintiff,                        **ORDER SCHEDULING TELEPHONE**
                                                                                   **CONFERENCE**

-against-

                                                                                         19-CV-7478 (MKV)

CONSOLIDATED EDISON COMPANY
OF NEWYORK, INC.,

                      Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 37).  A telephone conference will be held on **Wednesday, October 21, 2020 at 3:15 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: September 29, 2020
       New York, New York

                                                                           _____
                                                                          KATHARINE H. PARKER
                                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2020