```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    EMILY PENZO

                                    Plaintiff,

            -against-

    CONSOLIDATED EDISON COMPANY
    OF NEWYORK, INC.,

                                    Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

19-CV-7478 (MKV)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Thursday, November 12, 2020 at 12:00 p.m.** Counsel is directed to email Judge Parker's chambers with the Zoom login information for this conference. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 5, 2020 by 5:00 p.m.**

SO ORDERED.

Dated: October 21, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge