UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EMPILY PENZO,

                            Plaintiff,                    Civ. 19-cv-7478 (MKV)(KHP)

       -against-                                NOTICE OF MOTION TO BE
                                                              RELIEVED AS COUNSEL

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

                            Defendant.

------------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Local Rule 1.4 of the Local Rules of the Southern District of New York, and upon the accompanying declaration of Laine Alida Armstrong, dated December 28, 2020, and the Memorandum of Law in Support of Advocates for Justice, Chartered Attorneys, Motion to Withdraw as Counsel for Plaintiff and for a Charging Lien, the undersigned will move this Court on December 30, 2020 at 10 a.m. in the forenoon, or as soon thereafter as this motion may be heard, for an Order for leave permitting Counsel for Plaintiff to withdraw as Counsel of record for Plaintiff, and for all further relief as this Court deems just and proper.

Dated: New York, New York
         December 28, 2020

                                                             ADVOCATES FOR JUSTICE,
                                                             CHARTERED ATTORNEYS
                                                             Attorneys for Plaintiff

                                                              By: /s/ *Laine Alida Armstrong*
                                                                  Arthur Z. Schwartz
                                                                Laine Alida Armstrong
                                                               225 Broadway, Suite 1902
                                                               New York, New York 10001
                                                               tel:   (212) 285-1400
                                                               fax:  (212) 285-1410

TO:   Counsel of Record, *via ecf*
        Emily Penzo, *via email*