Case 1:19-cv-07478-MKV   Document 54   Filed 02/11/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY PENZO, <br><br> Plaintiff, <br><br> -against- <br><br> CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., <br><br> Defendant. | 1:19-cv-07478-MKV <br><br> ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On February 11, 2021, the Court entered an Order granting Plaintiff's request to extend the deadline for her to advise the Court whether she has retained substitute counsel or whether she will proceed *pro se* to March 26, 2021. [ECF No. 53.] Given the extension of that deadline, Defendant need not file its pre-motion letter and draft Local Rule 56.1 Statement in connection with its anticipated motion for summary judgment on February 19, 2021. [*See* ECF No. 51 at 7]. Defendant should be prepared to file these documents on or before April 5, 2021. The Court will set a firm deadline for these submissions and schedule a post-discovery/pre-motion conference upon receiving Plaintiff's letter regarding the status of her representation.

The Clerk of Court is respectfully requested to mail copies of this Order and docket entry 53 to the *pro se* Plaintiff at the following address:

Emily Penzo
3469 Fort Independence Street
Bronx, New York 10463.

**SO ORDERED.**

**Date: February 11, 2021**              MARY KAY VYSKOCIL
**New York, NY**                         **United States District Judge**