```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY PENZO,

                    Plaintiff,

               -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

                    Defendant.

1:19-cv-07478-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Status Conference scheduled for April 18, 2023 at 12:00 PM is ADJOURNED to April 24, 2023 at 2:30 PM.

**SO ORDERED.**

Date: **April 13, 2023**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**