UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY PENZO,<br><br>      Plaintiff,<br><br>  -against-<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,<br><br>      Defendant. | 1:19-cv-07478-MKV<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023

MARY KAY VYSKOCIL, United States District Judge:

  The Status Conference scheduled for April 24, 2023 at 2:30 PM is ADJOURNED to May 16, 2023 at 2:30 PM.  The Clerk of Court is respectfully requested to terminate docket entry 96.

**SO ORDERED.**

Date: **April 18, 2023**
    **New York, NY**

              _____
              **MARY KAY VYSKOCIL**
              **United States District Judge**