

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2023

**Richard A. Levin**
Assistant General Counsel
Law Department
April 21, 2023

VIA ECF

Hon. Mary Kay Vyskocil, U.S. District Judge
Daniel Patrick Moynihan U.S. Court House
500 Pearl Street,
New York, NY 10007-1312

      Re:    Penzo v. Consolidated Edison Company of New York, Inc.
              SDNY Case No. 19-cv-7478 (MKV)(KHP)

Your Honor:

      I represent the Defendant, Consolidated Edison Company of New York, Inc., in the above-referenced matter pending before this Court.  I submit this letter concerning the scheduling of the Status Conference in this matter.

      The Court issued an order on April 18 rescheduling the April 24 Status Conference to May 16.  Unfortunately, I will be out of the country on that day, and therefore, beg the Court's indulgence in rescheduling the conference.  I have consulted with Plaintiff's counsel, and we are both available May 3, 4, 5, 8, 9 or 10.  Hopefully one of those dates will be convenient for the Court.

                                  Sincerely,

                                    /s/
                                  Richard A. Levin

Cc:    Yifat Schnur, Esq.

> **The May 16, 2023 Status Conference is ADJOURNED to May 9, 2023 at 10:30 AM.  SO ORDERED.**
>
> Date: 4/21/2023
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Law Department Consolidated Edison, Inc. 4 Irving Place, Room 18-207  New York NY 10003 212 460 4089
levinr@coned.com