```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

EMILY PENZO

                               Plaintiff,

              -against-

CONSOLIDATED EDISON COMPANY
OF NEWYORK, INC.,

                             Defendant.
--------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE
CONFERENCE**

**19-CV-7478 (MKV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 102).  A

telephone conference will be held on **Tuesday, July 25, 2023 at 4:00 p.m.** in advance of a

settlement conference.  The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: May 10, 2023
      New York, New York

                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge