```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMILY PENZO

                              Plaintiff,

    -against-

CONSOLIDATED EDISON COMPANY
OF NEWYORK, INC.,

                             Defendant.
-----------------------------------------------------------------X

**ORDER ADJOURNING TELEPHONE CONFERENCE**

19-CV-7478 (MKV)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Pre-settlement Telephone Conference scheduled for **Tuesday, July 25, 2023 at 4:00 p.m.** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: July 20, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge