```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY PENZO,<br><br>　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>CONSOLIDATED EDISON COMPANY OF<br>NEW YORK, INC.,<br><br>　　　　　　　　Defendant. | 1:19-cv-07478-MKV<br><br>**<u>ORDER</u>** |

MARY KAY VYSKOCIL, United States District Judge:

On November 30, 2023, the Court held, for the third time, a pretrial conference in this matter. On the record at that conference, the Court detailed the parties' repeated violations of the Court's deadlines, orders, and individual rules of practice in failing to timely and properly submit joint pretrial materials. The Court will not tolerate any further delay, and trial in this matter must proceed as scheduled, commencing on December 12, 2023. Accordingly, IT IS HEREBY ORDERED:

By November 30, 2023 at 6:00 PM, the parties shall advise the Court, via email to Chambers, of any further revisions to the Court's *voir dire* that are necessary to incorporate the names of all members of the parties' trial teams.

By December 1, 2023 at 12:00 PM, the parties shall file on ECF and send to the Court, via email to Chambers, including in Word format, revised joint proposed jury instructions. Those instructions shall be in the format dictated by the Court at the November 27 and November 30 conferences. All proposals shall be grouped topically, with any competing proposals listed adjacent to one another with the objection to the other side's proposal noted.

By December 1, 2023 at 12:00 PM, the parties shall advise the Court, via email to Chambers, of any proposed revisions to the Court's draft special verdict form distributed at the November 30 conference.

By December 4, 2023 at 4:00 PM, Defendant shall send to Plaintiff its version of the revised joint pretrial order to facilitate Plaintiff's review and additions.

By December 5, 2023 at 4:00 PM, the parties shall file on ECF and send to the Court, via email to Chambers, including in Word format, the revised joint pretrial order.

By December 8, 2023 at 4:00 PM, Plaintiff shall send to Defendant a list providing the order in which its witnesses will be called at trial.

By December 11, 2023 at 4:00 PM, Defendant shall send to Plaintiff a list providing the order in which its witnesses will be called at trial.

**FAILURE TO COMPLY WITH THIS ORDER <u>WILL</u> RESULT IN MONETARY SANCTIONS ON COUNSEL PERSONALLY.**

**SO ORDERED.**

Date:  **November 30, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**