UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY PENZO,

                Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/2023

1:19-cv-07478-MKV

**SPECIAL VERDICT FORM**

**Question 1**

Has Plaintiff proven, by a preponderance of the evidence, her claim that Defendant discriminated against her based on disability in violation of the Americans with Disabilities Act and the New York State Human Rights Law?

        Yes _____        No ✓

**Question 2**

Has Plaintiff proven, by a preponderance of the evidence, her claim that Defendant discriminated against her based on disability in violation of the New York City Human Rights Law?

        Yes _____        No ✓

**Question 3**

Has Plaintiff proven, by a preponderance of the evidence, her claim that Defendant retaliated against her in violation of the Americans with Disabilities Act and the New York State Human Rights Law?

        Yes _____        No ✓

**Question 4**

Has Plaintiff proven, by a preponderance of the evidence, her claim that Defendant retaliated against her in violation of the New York City Human Rights Law?

        Yes ✓        No _____

**Question 5**

Has Plaintiff proven, by a preponderance of the evidence, her claim that Defendant retaliated against her in violation of the Family and Medical Leave Act?

Yes _____   No ___✓_____

**Question 6**

Has Plaintiff proven, by a preponderance of the evidence, her claim that Defendant interfered with her use of medical leave benefits in violation of the Family and Medical Leave Act?

Yes _____   No ___✓_____

*If you answered "yes" to any of the above questions 1-6, continue to questions 7-11. If you answered "no" to all of questions 1-6, please do not answer any further questions, and continue to the last page and sign and date the verdict form.*

**Question 7**

Has Plaintiff proven, by a preponderance of the evidence, that she is entitled to compensatory damages in the form of back pay under the New York State Human Rights Law, the New York City Human Rights Law, or the Family and Medical Leave Act?

Yes ___✓_____   No _____

If "yes," and after deducting $79,848.65 to account for the amount that Plaintiff received in long-term disability benefit payments, in what amount?

$203,951.35

**Question 8**

Has Plaintiff proven, by a preponderance of the evidence, that she is entitled to compensatory damages in the form of front pay under the New York State Human Rights Law, the New York City Human Rights Law, or the Family and Medical Leave Act?

Yes _____   No ___✓_____

If "yes," in what amount and for what period of time?

Amount: _____   Dates: _____ to _____

2

**Question 9**

*Answer the following question only if you answered "yes" to questions 1, 2, 3, or 4. If not, continue to question 10.*

 Has Plaintiff proven, by a preponderance of the evidence, that she is entitled to compensatory damages in the form of damages for emotional distress under the Americans with Disabilities Act, the New York State Human Rights Law, or the New York City Human Rights Law?

   Yes _____  No __✓__

 If "yes," in what amount?

   _____

**Question 10**

*Answer the following question only if you answered "no" to all of questions 7, 8, and 9. If not, continue to question 11.*

 Has Plaintiff proven, by a preponderance of the evidence, that she is entitled to nominal damages in the amount of $1?

   Yes _____  No __✓__

**Question 11**

*Answer the following question only if you answered "yes" to questions 1, 2, 3, or 4. If not, continue to the last page and sign and date the verdict form.*

 Has Plaintiff proven, by a preponderance of the evidence, that she is entitled to punitive damages under the Americans with Disabilities Act or the New York City Human Rights Law?

   Yes _____  No __✓__

 If "yes," in what amount?

   _____

3

*Your deliberations are finished. The foreperson should ensure that each juror agrees with the answer to each question. Then, the foreperson should sign and date the verdict form below and return it to the Marshal.*

_____
FOREPERSON

Dated:    New York, New York
          December 15, 2023