**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

EMILY PENZO,

                Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023

19 **CIVIL** 7478 (MKV)

**JUDGMENT**

    It is hereby ORDERED, ADJUDGED AND DECREED that after a Jury Trial before the Honorable Mary Kay Vyskocil, United States District Judge, Plaintiff Emily Penzo has judgment against Defendant Consolidated Edison Company of New York, Inc. for compensatory damages in the form of back pay under the New York City Human Rights Law in the sum of $203,951.35, together with pre-judgment interest at 9% per annum, commencing on the "single reasonable intermediate date" of April 9, 2022. N.Y. C.P.L.R. §§ 5001(b), 5004(a), in the amount of $31,078.83. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961 from the date of this judgment until payment.

**DATED:** New York, New York
              December 15, 2023

**So Ordered:**

*Mary Kay Vyskocil*
U.S.D.J.

**RUBY J. KRAJICK**
Clerk of Court

BY: *K. Mango*
Deputy Clerk