**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/29/2026 __

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand twenty-six,

---

Emily Penzo,

     Plaintiff -Appellant,

v.

Consolidated Edison Company of New York, Inc.,

     Defendant-Appellee.

---

**STATEMENT OF COSTS**

Docket Nos. 24-2466 (L), 24-2543 (Con)

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,476.40 in favor of the Appellee.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 05/29/2026